Fourth Department, May Term, 1889.

Orvis M. More, Executor, Appellant, v. Andrew More. Respondent. — Judgment reversed, new trial granted, with costs to abide event. Opinion by Dwight, J.

Emma A. Devinney, Respondent, v. Hannah M. Corry and others, Appellants. — Judgment reversed and new trial granted, with costs of this appeal to abide the final award of costs. Opinion by Dwight, J.

Robert R. Hugg and others, Respondents, v. Lydia A. Shank, Appellant. — Judgment affirmed, with costs. Opinion by Dwight. J.

Volney White, Repondent, v. Lafayette Knowles, Appellant. — Judgment and order affirmed, with costs. Opinion by Barker, P. J.

Mary E. Clarke, Appellant, v. Elmer A. Johnson, Respondent. — Judgment affirmed

Gertrude Schum, Respondent, v. The City of Rochester, Appellant. — Judgment affirmed, with costs.

William C. Wagner, Respondent, v. Frederick Moschell and others, Appellants. — Judgment affirmed, with costs.

The Mutual Life Insurance Company, Respondent, v. George E. Sherry, Appellant, Impleaded, etc. — Judgment affirmed, with costs.

John Hayes, Respondent, v. George Brown, Appellant. — Judgment and order affirmed.

Marine Bank of Buffalo, Respondent, v. The Butler Colliery Company, Appellant. — Judgment modified by deducting therefrom the sum of $150.10, with interest from the date of the report, and, as so modified, affirmed. Opinion by Dwight, J.

Isaac Bier and others, Respondents, v. Chauncey S. Kibbe and others, Appellants. — Judgment and order reversed and new trial granted, costs to abide event. Opinion by Barker, P. J.

William F. Wait and others, Appellants, v. John E. Borne and others, Respondents. — Order reversed and judgment directed for the plaintiffs on the verdict. Opinion by Adams, J.

In the Matter of the Petition of the New York, Lackawanna and Western Railroad Company, Respondent, to appraise lands of Abram M. Cheesbrough and others, Appellants. — Orders affirmed, with ten dollars costs in one case and disbursements in all.

Henry Campbell 2d, Respondent, v. William Campbell and others, Appellants. — Order appealed from affirmed, with ten dollars costs and disbursements Opinion by Adams, J.; Barker, P. J., not sitting.

The Dundee National Bank, Appellant, v. Anthony T. Wood and others, Respondents. — Order affirmed on the opinion of Ramsey, J., at Special Term.

Huldah Torrey, Appellant, v. William Corner, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Nicholas C. Newerf and others, Appellants, v. Thomas A. Jebb and others, Respondents. — Judgment and order reversed and new trial granted, with costs to the appellants to abide event. Opinion by Macomber, J.

Henry Galliger, Respondent, v. The Grand Trunk Railway of Canada, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Judgment affirmed. Opinion by Macomber, J.; Barker, P. J., dissenting.

Joseph Barrett and others, Appellants, v. John B. Webber, Survivor, etc., Respondent.

John B. Webber, Survivor, etc., Respondent. v. Joseph Barrett and others, Appellants. — Judgment in each case affirmed, with costs. Opinion by Macomber, J.

In the Matter of the Estate of Eleazer T. Slater, Deceased. — Order appealed from reversed on the authority of Catlin v. Trinity College (Ct. of App., MS. opinion of Andrews, J., March 26, 1889); proceedings remitted to the Surrogate's Court of Orleans county with directions to proceed therein.

William Moore, Overseer, etc., Respondent, v. David Trimmer, Appellant. — Orders affirmed, with ten dollars costs in each case and disbursements in one. Opinion by Macomber, J.

In the Matter of the Petition of Francis W. Williams, Receiver, Appellant (Edwin C. English, an Attorney, Respondent). — Order affirmed, without costs to either party. Opinion by Macomber, J

In the Matter of the Widening of Hand Street (City of Rochester, Appellant, George S. Riley, Respondent). — Order affirmed on opinion of Angle, J., at Special Term, with ten dollars costs and disbursements.

Hiram Exstein and others, Respondents, v. Evoline B. Robertson and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Horace B. Claflin and others, Respondents, v. Evoline B. Robertson and others; Appellants. — Order reversed, with ten dollars costs and disbursements. Opinion by Macomber, J.

P. Allen McMullen, Respondent, v. Joseph B. Peart, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

Edward J. Kelsey, Respondent, v. Jane Sargent, Appellant. — Order affirmed, with ten dollars costs and disbursements. Mem. with the clerk.

Charles L. Nichols, an Infant, by Guardian, Respondent, v. Will E. Tuttle and others, Appellants. — Order affirmed, with costs.

Thomas Tindle and others, Appellants, v. John H. Keef, Respondent. — Order reversed, with ten dollars costs and disbursements.

Mary A. Striker, Appellant, v. Francis M. Schuyler, Respondent. — Motion for reargument denied, Barker, P, J., not sitting.

In the Matter of the Probate of, etc., of Daniel Gould, Deceased. — Motion for resettlement of case denied, without costs.

In the Matter of the Accounting of Eugene Heath, Assignee. — Motion denied.

Daniel F. Alverson, Respondent, v. The Water-Works Company of Canandaigua, Appellant. — Motion for leave to appeal to the Court of Appeals denied, without costs to either party.

---

# Fourth Department, May Term, 1889.

Octavius F. Salmon, as Administrator, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Martin, J.

Elizabeth Goodyear and others, Appellants, v. Joseph P. Adams and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.; Martin, J., not acting.

In the Matter of the Application to Revoke the Probate of the Last Will and Testament of Lewis Palmer, Deceased. — Decree of the surrogate of Tioga county affirmed, with costs. Opinion by Martin, J.

Zada Van Aernam, Respondent, v. George S. Fisher, Appellant. — Judgment affirmed, with costs. Opinion Per Curiam; dissenting opinion by Merwin, J.

William S. Larrison, Respondent, v. Benjamin N. Payne and others, Appellants. — Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Martin, J.

John Nill and another, Appellants, v. Herbert D. Chidester and others, Respondents. — Judgment affirmed, with costs, on the opinion of Williams, J., delivered at the Special Term.

Ellen Spaulding, Respondent, v. Marquis L.